IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MICHAEL W. HUNTER,<br><br>Plaintiff,<br><br>vs.<br><br>ANGIE SPARKS,<br><br>Defendant. | CV 21-00083-H-BMM-KLD<br><br>FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Plaintiff Michael W. Hunter, a state prisoner proceeding without counsel filed a Motion to Proceed in Forma Pauperis and a proposed Complaint. (Docs. 1 & 2.) On November 1, 2021, this Court denied Hunter's motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g).  See, (Doc. 4.)

Hunter was directed to pay the filing fee by November 19, 2021; he was advised that failure to timely do so would result in dismissal of this action.  *Id*. at 3. To date, no filing fee has been received.

Accordingly, the Court enters the following:

**RECOMMENDATION**

1. Hunter's complaint (Doc. 2) should be DISMISSED for failure to comply with a Court order.

1

2.  The Clerk of Court should be directed to close this matter and enter Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

3.  The Clerk of Court should be directed to have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith.

DATED this 24th day of November, 2021.

>  /s/ Kathleen L. DeSoto
>  Kathleen L. DeSoto
>  United States Magistrate Judge